IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-032 |
| | ) | |
| JEWEL THOMAS | ) | |

**O R D E R**

On June 23, 2016, the Court directed counsel for the parties to file a joint status report by July 5, 2016. (Doc. no. 23.) Defense counsel has informed the Court he is unable to meet the July 5th deadline, and requests an extension. Accordingly, the Court **GRANTS** defense counsel's request, and **DIRECTS** defense counsel and the government to file a joint status report in accordance with the June 23, 2016 Order by July 12, 2016.

SO ORDERED this 5th day of July, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA